Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CARLOS PEREZ-CALDERON,

    Petitioner,

v.

MELISSA ANDREWJESKI, Superintendent, Coyote Ridge Corrections Center,

    Respondent.

NO. 3:22-cv-5119 JHC-DWC

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

    Through counsel, Petitioner filed an agreed motion for an extension of time until September 17, 2022 in which to file his Objections to Magistrate's Report and Recommendation. Accordingly, for good cause shown, the Court grants Petitioner's motion with the result that Petitioner must file his Objections on or before September 17, 2022.

    DATED this 11th day of August, 2022.

_____
Hon. John H. Chun
United States District Judge

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION – 1 (3:22-cv-5119 JHC-DWC)

CAL054-0002 6996249

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020